AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 8-21-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
SDF

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:23-CR-228-1D |
| JEFFREY CLARK, JR. | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

Place: US Courthouse Annex
215 S. Evans Street
Greenville, NC

Courtroom No.: 1st Floor Courtroom

Date and Time: 8/24/23 10:00 am

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/21/2023

*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*