IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:23-CR-000228-D1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER TO SEAL** |
| | ) | Dockett Entry 97 |
| | ) | |
| JEFFREY CLARK, | ) | |

On the motion of the Defendant, Jeffrey Clark, and for good cause shown, it is ORDERED that Docket Entry 97 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 97.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __17__ day of October, 2025.

James C. Dever III
United States District Court Judge